# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Commonwealth Flats Development Corp., d/b/a Seaport Hotel Boston,<br>    *Petitioner/Cross-Respondent*<br><br>v.<br><br>National Labor Relations Board,<br>    *Respondent/Cross-Petitioner*<br>------------------------------<br>Unite Here Local 26,<br>    *Movant-Intervenor for Respondent/Cross-Petitioner* | Nos. 24-1381, 25-1008 |

**PETITIONER/CROSS-RESPONDENT'S STATEMENT OF INTENT NOT TO USE DEFERRED JOINT APPENDIX**

In accordance with the Court's Order dated December 30, 2024, Petitioner/Cross-Respondent Commonwealth Flats Development Corp. d/b/a Seaport Hotel Boston hereby states that it does not intend to use a deferred joint appendix under Federal Rule of Appellate Procedure 30(c) and Circuit Rule 30(c).

1

| | |
|---|---|
| Dated: January 29, 2025 | Respectfully submitted,<br><br>s/ Michael E. Kenneally<br>MICHAEL E. KENNEALLY<br>JOHN F. RING<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>T. 202.739.3000<br>F. 202.739.3001<br>michael.kenneally@morganlewis.com<br>john.ring@morganlewis.com<br><br>BRIAN J. MAHONEY<br>MORGAN, LEWIS & BOCKIUS LLP<br>2222 Market Street<br>Philadelphia, PA 19103<br>T. 215.963.5293<br>F. 215.963.5001<br>brian.mahoney@morganlewis.com<br><br>*Counsel for Petitioner/Cross-Respondent Commonwealth Flats Development Corp. d/b/a Seaport Hotel Boston* |