# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 24-1381 | September Term, 2024 |
| | NLRB-01CA335996 |
| | Filed On: April 29, 2025 [2113547] |

Commonwealth Flats Development Corp.,
d/b/a Seaport Hotel Boston,

    Petitioner

  v.

National Labor Relations Board,

    Respondent

------------------------------

Unite Here Local 26,
      Intervenor

------------------------------

Consolidated with 25-1008

## O R D E R

  Upon consideration of petitioner's unopposed motion for a 30-day extension of time to file its brief, it is

  **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Petitioner's Brief | June 4, 2025 |
| Appendix | June 4, 2025 |
| Respondent's Brief | July 7, 2025 |
| Intervenor for Respondent's Brief | July 14, 2025 |
| Petitioner's Reply Brief | August 4, 2025 |

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

           BY: /s/
              Michael C. McGrail
              Deputy Clerk