# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

|  |  |  |
|---|---|---|
| **COMMONWEALTH FLATS DEVELOPMENT CORPORATION D/B/A SEAPORT HOTEL BOSTON** )<br>Petitioner/Cross-Respondent )<br>)<br>v. )<br>)<br>**NATIONAL LABOR RELATIONS BOARD** )<br>Respondent/Cross-Petitioner )<br>)<br>**UNITE HERE LOCAL 26** )<br>Intervenor ) | | Nos. 24-1381 & 25-1008 |

_____

## JOINT STATUS REPORT

To the Honorable, the Judges of the United States
    Court of Appeals for the District of Columbia Circuit:

    The National Labor Relations Board ("the Board"), by its Deputy Associate General Counsel, and Commonwealth Flats Development Corporation ("Commonwealth Flats"), by its counsel, respectfully submit this joint status report, and state as follows:

    1.     On May 28, 2025, the Board and Commonwealth Flats filed a joint motion to hold this case in abeyance. The parties informed the Court that they had reached an agreement in principle that would resolve this case in lieu of further litigation.

2. On June 3, 2025, the Court granted the parties' joint motion and directed the parties to file status reports at 30-day intervals beginning July 3, 2025. The next report is due by August 4.

3. Although the parties have now formalized and executed their agreement, they need additional time to comply with its terms.

WHEREFORE, the parties respectfully request that the Court continue to hold briefing in abeyance pending completion of the settlement process.

Respectfully submitted,

Dated this 4th day of August

/s/ Ruth Burdick
Ruth Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street SE
Washington, D.C. 20570
(202) 273-2960

Dated this 4th day of August

/s/ Michael E. Kenneally
Michael E. Kenneally
Counsel for Commonwealth Flats
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
(202) 739-3000

THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

```
_____
                                )
COMMONWEALTH FLATS               )
DEVELOPMENT CORPORATION D/B/A    )
SEAPORT HOTEL BOSTON             )
     Petitioner/Cross-Respondent )   Nos. 24-1381 & 25-1008
                                 )
     v.                          )
                                 )
NATIONAL LABOR RELATIONS BOARD   )
     Respondent/Cross-Petitioner )
                                 )
UNITE HERE LOCAL 26              )
     Intervenor                  )
_____)
```

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d), the Board certifies that this notice contains 283 words of proportionally-spaced, 14-point type, and the word processing system used was Microsoft Word 365.

                                  /s/ Ruth E. Burdick
                                  Ruth E. Burdick
                                  Deputy Associate General Counsel
                                  NATIONAL LABOR RELATIONS BOARD
                                  1015 Half Street, SE
                                  Washington, DC 20570-0001
                                  (202) 273-2960

Dated at Washington, DC
this 4th day of August, 2025

THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| COMMONWEALTH FLATS DEVELOPMENT CORPORATION D/B/A SEAPORT HOTEL BOSTON | ) ) ) ) | |
| Petitioner/Cross-Respondent | ) ) | Nos. 24-1381 & 25-1008 |
| v. | ) ) ) | |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| Respondent/Cross-Petitioner | ) ) ) | |
| UNITE HERE LOCAL 26 | ) | |
| Intervenor | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, and that all counsel are registered CM/ECF users.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570-0001
(202) 273-2960

Dated at Washington, DC
this 4th day of August, 2025